IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STS FILING PRODUCTS, INC.                                    PLAINTIFF

vs.                              NO. 1:12-CV-1019-RTD

SCOTT CO. d/b/a SCOTTCO
MANUFACTURING, INC. and
STEPHEN T. WELLS                                             DEFENDANTS

## CONSENT JUDGMENT

The above-styled matter came before the Court on agreement of the parties, acting by and through their undersigned attorneys, asking the Court to enter this Consent Judgment and, upon review of the entire file of this case, representations of counsel, and the agreement of the parties, the Court finds and orders as follows:

1. The parties have agreed that plaintiff shall have judgment against Scott Co. d/b/a Scottco Manufacturing, Inc. ("ScottCo") and Stephen T. Wells ("Wells"), jointly and severally, in the amount of $71,146.

2. The parties have further agreed that plaintiff shall have judgment against ScottCo only in the additional amount of $53,719.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED THAT** the plaintiff, STS Filing Products, Inc., is hereby granted a joint and several consent judgment against ScottCo and Wells in the amount of $71,146.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** plaintiff STS is hereby granted judgment against ScottCo in the additional amount of $53,719.

**IT IS FURTHER ORDERED THAT** each of the parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
Robert T. Dawson
**United States District Judge**

Date: 2-26-13

**APPROVED AS TO FORM AND CONTENT:**

By:  /s/ Thomas B.  Staley
   Thomas B.  Staley #75123
ROBINSON, STALEY, MARSHALL & DUKE, P.A.
400 W. Capitol Ave., Suite 2891
Little Rock, AR 72201
(501) 374-3818
**ATTORNEYS FOR PLAINTIFF**

By:  /s/ Floyd M.  Thomas, Jr.
   Floyd M. Thomas, Jr.
THOMAS & HICKEY, L.L.P.
423 N. Washington Ave.
El Dorado, Arkansas 71730
**ATTORNEYS FOR DEFENDANTS**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 2 6 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk